AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 18cv10943

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Coinbase, Inc.
was received by me on *(date)* 11/27/2018 .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Sean O'Hara , who is
designated by law to accept service of process on behalf of *(name of organization)* The Corp. Trust Company
Agent for Coinbase, Inc. on *(date)* 11/27/2018 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 11/27/2018

*Server's signature*

Adam Golden
*Printed name and title*

DM Professional Services
501 Silverside Rd, Ste 72
Wilmington DE 19809
*Server's address*

Additional information regarding attempted service, etc:
served at 1209 Orange St, Wilmington DE 19801 @ 1:15pm
Summons, Complaint, Civil Cover Sheet